## **Exhibit B**

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

-----------------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action **SUMMONS** |
| Defendants. | |

-----------------------------------------------------------------------

Trinity Capital of Jacksonville, Inc.

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of
New Jersey.  The complaint attached to this summons states the basis for this lawsuit.  If you
dispute this complaint, you or your attorney must file a written answer or motion and proof of
service with the deputy clerk of the Superior Court of the county listed above within 35 days
from the date you received this summons, not counting the date you received it.  (The address of
each deputy clerk of the Superior Court is provided.)  If the complaint is one in foreclosure, then
you must file your written answer or motion and proof of service with the Clerk of the Superior
Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625.  A filing fee* payable to the Clerk
of the Superior Court and a completed Case Information Statement (available from the deputy
clerk of the Superior Court) must accompany your answer or motion when its filed.  You must
also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear
above, or to plaintiffs, if no attorney is named above.  A telephone call will not protect your
rights; you must file and serve a written answer or motion (with fee and completed Case
Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may
enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit.
If judgment is entered against you, the Sheriff may seize your money, wages or property to pay
all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county
where you live.  A list of these offices is provided.  If you do not have an attorney and are not
eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the
Lawyer Referral Services.  A list of these numbers is also provided.

Dated:

s/ Theodore J. Little

Superior Court Clerk

Name of Defendant to be Served:          Trinity Capital of Jacksonville, Inc.
Address of the Defendant to be Served:   1819 Goodwin Street
                                          Jacksonville, FL 32204

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court Kennedy, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

LEGAL SERVICES
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. <u>MRS-L-2032-6</u> |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

---------------------------------------------------------------

Third Point LLC

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:  6/1/06

_____
Superior Court Clerk

Name of Defendant to be Served:        Third Point LLC
Address of the Defendant to be Served:  390 Park Avenue, #18
                                        New York, NY 10022

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

**LEGAL SERVICES**
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action |
| | **SUMMONS** |
| Defendants. | |

---

Steven A. Cohen

From the State of New Jersey
To the Defendant named above:

        The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of
New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you
dispute this complaint, you or your attorney must file a written answer or motion and proof of
service with the deputy clerk of the Superior Court of the county listed above within 35 days
from the date you received this summons, not counting the date you received it. (The address of
each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then
you must file your written answer and proof of service with the Clerk of the Superior
Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk
of the Superior Court and a completed Case Information Statement (available from the deputy
clerk of the Superior Court) must accompany your answer or motion when its filed. You must
also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear
above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your
rights; you must file and serve a written answer or motion (with fee and completed Case
Information Statement) if you want the court to hear your defense.

        If you do not file and serve a written answer or motion within 35 days, the court may
enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit.
If judgment is entered against you, the Sheriff may seize your money, wages or property to pay
all or part of the judgment.

        If you cannot afford an attorney, you may call the Legal Services office in the county
where you live. A list of these offices is provided. If you do not have an attorney and are not
eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the
Lawyer Referral Services. A list of these numbers is also provided.

Dated:

                                        s/ Theodore J. Fetter
                                        Superior Court Clerk

Name of Defendant to be Served:          Steven A. Cohen
Address of the Defendant to be Served:   30 Crown Lane
                                         Greenwich, CT 06831

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

# NAGEL RICE & MAZIE, LLP

COUNSELLORS AT LAW

BRUCE H. NAGEL\*
JAY J. RICE\*
DAVID A. MAZIE\*†
ROBERT H. SOLOMON
ADAM M. SLATER\*◊
ERIC D. KATZ\*◊△
DAVID M. FREEMAN△
DIANE E. SAMMONS◊

HARRY A. MARGOLIS
(1928-2002)

◊MEMBER OF N.J. & N.Y. BARS
△MEMBER OF N.J. & PA. BARS

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nrmlaw.com

NEW YORK OFFICE
230 PARK AVENUE
SUITE 1000
NEW YORK, NEW YORK 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

COUNSEL
HERBERT I. WALDMAN\*◻
WAYNE D. GREENSTONE◊
LORI I. MAYER◊
RANDEE M. MATLOFF

ANDREW L. O'CONNOR
IRINA B. ELGART◊
STEPHANIE N. NIELSON
MARCO V. CAPASSO

\*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
†CERTIFIED AS A CIVIL TRIAL SPECIALIST
BY THE NATIONAL BOARD OF
TRIAL ADVOCACY
◻CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

August 11, 2006

VIA REGULAR MAIL
AND CERTIFIED MAIL, RRR
Sigma Capital Management, LLC
540 Madison Avenue
New York, NY 10022

    Re:  Fairfax Financial v. S.A.C. Capital Management et. al.
        Docket No. MRS-L-2032-06

Dear Sir/Madam:

    Enclosed please find a Summons, Complaint and Jury Demand, and Track Assignment Notice regarding the above referenced matter.

    We suggest you immediately turn these papers over to your attorney as your answer is due within 35 days of service.

Very truly yours,

ANDREW L. O'CONNOR

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com™

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Postmark
Here

8.11.06

Sent To
Sigma Cap Mgmt.
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

----------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. <u>MRS-L-2032-6</u> |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action **SUMMONS** |
| Defendants. | |

----------------------------------------------------------------

Sigma Capital Management, LLC

From the State of New Jersey
To the Defendant named above:

     The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

     If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

     If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

                             s/ Theodore J. Fitter
                             Superior Court Clerk

Name of Defendant to be Served:     Sigma Capital Management, LLC
Address of the Defendant to be Served:  540 Madison Avenue
                                 New York, NY 10022

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

LEGAL SERVICES
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

-------------------------------------------------------------------

FAIRFAX FINANCIAL HOLDINGS LIMITED, and
CRUM & FORSTER HOLDINGS CORP.,

                    Plaintiffs,

       - against -

S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C.
CAPITAL ADVISORS, LLC, S.A.C. CAPITAL
ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS,
LLC, SIGMA CAPITAL MANAGEMENT, LLC,
STEVEN A. COHEN, EXIS CAPITAL
MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS
DIFFERENTIAL PARTNERS, L.P., EXIS
INTEGRATED PARTNERS, L.P., ADAM D. SENDER,
SPYRO CONTOGOURIS, MAX BERNSTEIN,
ANDREW HELLER, LONE PINE CAPITAL, LLC,
LONE PINE MEMBERS, LLC, LONE PINE
ASSOCIATES, LLC, ROCKER PARTNERS, L.P.,
COPPER RIVER PARTNERS, L.P., DAVID ROCKER,
THIRD POINT LLC, DANIEL S. LOEB, JEFFREY
PERRY, TRINITY CAPITAL OF JACKSONVILLE,
INC., TRINITY FUND, LTD., MORGAN KEEGAN &
COMPANY, INC., JOHN D. GWYNN,
CHRISTOPHER BRETT LAWLESS, and DOES 1
THROUGH 50,
                    Defendants.

-------------------------------------------------------------------

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: MORRIS COUNTY

DOCKET NO. MRS-L-2032-6

Civil Action

**SUMMONS**

S.A.C. Healthco Funds, LLC

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

s/ Theodore J. Fetter
Superior Court Clerk

Name of Defendant to be Served:          S.A.C. Healthco Funds, LLC
Address of the Defendant to be Served:    540 Madison Avenue
                                          New York, NY 10022

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn:  Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

**LEGAL SERVICES**
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action

**SUMMONS** |
| Defendants. | |

---------------------------------------------------------------

S.A.C. Capital Management, LLC

From the State of New Jersey
To the Defendant named above:

　　　　The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of
New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you
dispute this complaint, you or your attorney must file a written answer or motion and proof of
service with the deputy clerk of the Superior Court of the county listed above within 35 days
from the date you received this summons, not counting the date you received it. (The address of
each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then
you must file your written answer or motion and proof of service with the Clerk of the Superior
Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk
of the Superior Court and a completed Case Information Statement (available from the deputy
clerk of the Superior Court) must accompany your answer or motion when its filed. You must
also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear
above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your
rights; you must file and serve a written answer or motion (with fee and completed Case
Information Statement) if you want the court to hear your defense.

　　　　If you do not file and serve a written answer or motion within 35 days, the court may
enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit.
If judgment is entered against you, the Sheriff may seize your money, wages or property to pay
all or part of the judgment.

　　　　If you cannot afford an attorney, you may call the Legal Services office in the county
where you live. A list of these offices is provided. If you do not have an attorney and are not
eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the
Lawyer Referral Services. A list of these numbers is also provided.

Dated:

s/ Theodore J. Fetter

Superior Court Clerk

Name of Defendant to be Served:　　　　S.A.C. Capital Management, LLC
Address of the Defendant to be Served:　　72 Cummings Point Road
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06902

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. <u>MRS-L-2032-6</u> |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

---

S.A.C. Capital Associates, LLC

From the State of New Jersey
To the Defendant named above:

    The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

                                      s/ *Theodore J. Fetter*
                                        Superior Court Clerk

Name of Defendant to be Served:      S.A.C. Capital Associates, LLC
Address of the Defendant to be Served:  72 Cummings Point Road
                                      Stamford, CT 06902

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

------------------------------------------------------------

S.A.C. Capital Advisors, LLC

From the State of New Jersey
To the Defendant named above:

      The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

      If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

s/ *Theodore J. Fetter*
Superior Court Clerk

Name of Defendant to be Served:      S.A.C. Capital Advisors, LLC
Address of the Defendant to be Served:      72 Cummings Point Road
                                        Stamford, CT 06902

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

-----------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

-----------------------------------------------------------------

Rocker Partners, L.P.

From the State of New Jersey
To the Defendant named above:

      The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

      If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

                          Superior Court Clerk

Name of Defendant to be Served:      Rocker Partners, L.P.
Address of the Defendant to be Served:  374 Millburn Avenue, Ste. #205E
                                   Millburn, NJ 07041

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

LEGAL SERVICES
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action |
| | **SUMMONS** |
| Defendants. | |

Morgan Keegan & Company, Inc.

From the State of New Jersey
To the Defendant named above:

      The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

      If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

      If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 08/09/06

_____
Superior Court Clerk

Name of Defendant to be Served:      Morgan Keegan & Company, Inc.
Address of the Defendant to be Served:      c/o Corporation Trust Company
                                   820 Bear Tavern Road
                                   West Trenton, NJ 06628

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

**LEGAL SERVICES**
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---------------------------------------------------------------------

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action |
| | **SUMMONS** |
| Defendants. | |

---------------------------------------------------------------------

Max Bernstein

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

s/ Theodore J. Litter
Superior Court Clerk

Name of Defendant to be Served:      Max Bernstein
Address of the Defendant to be Served:  401 East 34th Street, South 20A
New York, NY 10016

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Flr., Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn:  Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

LEGAL SERVICES
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Mark Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

Lone Pine Members LLC

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

*Theodore J. Fetter*
Superior Court Clerk

Name of Defendant to be Served:     Lone Pine Members LLC
Address of the Defendant to be Served:     2 Greenwich Plaza, #2
Greenwich, CT 06830

\* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action

**SUMMONS** |
| Defendants. | |

---

Lone Pine Capital LLC

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

*Theodore J. Fetter*
Superior Court Clerk

Name of Defendant to be Served:      Lone Pine Capital LLC
Address of the Defendant to be Served:   2 Greenwich Plaza, #2
                                         Greenwich, CT 06830

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action<br><br>**SUMMONS** |
| Defendants. | |

---

Lone Pine Associates LLC

From the State of New Jersey
To the Defendant named above:

     The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court of the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when its filed. You must also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

     If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

     If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated:

                                                          Superior Court Clerk

Name of Defendant to be Served:        Lone Pine Associates LLC
Address of the Defendant to be Served:    2 Greenwich Plaza, #2
                                         Greenwich, CT 06830

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
NAGEL RICE & MAZIE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFFS

---

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MORRIS COUNTY |
| Plaintiffs, | DOCKET NO. MRS-L-2032-6 |
| - against - | |
| S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, | Civil Action |
| | SUMMONS |
| Defendants. | |

---

John D. Gwynn

From the State of New Jersey
To the Defendant named above:

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of
New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you
dispute this complaint, you or your attorney must file a written answer or motion and proof of
service with the deputy clerk of the Superior Court of the county listed above within 35 days
from the date you received this summons, not counting the date you received it. (The address of
each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then
you must file your written answer or motion and proof of service with the Clerk of the Superior
Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk
of the Superior Court and a completed Case Information Statement (available from the deputy
clerk of the Superior Court) must accompany your answer or motion when its filed. You must
also send a copy of your answer or motion to plaintiffs' attorney whose name and address appear
above, or to plaintiffs, if no attorney is named above. A telephone call will not protect your
rights; you must file and serve a written answer or motion (with fee and completed Case
Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may
enter a judgment against you for the relief plaintiffs demand, plus interest and costs of the suit.
If judgment is entered against you, the Sheriff may seize your money, wages or property to pay
all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county
where you live. A list of these offices is provided. If you do not have an attorney and are not
eligible for free legal assistant, you may obtain a referral to an attorney by calling one of the
Lawyer Referral Services. A list of these numbers is also provided.

Dated:

*S. Theodore J. Little*
Superior Court Clerk

Name of Defendant to be Served:           John D. Gwynn
Address of the Defendant to be Served:    2205 Poplar Drive
                                          Memphis, TN 38104

* $105.00 FOR CHANCERY DIVISION CASES OR $110.00 FOR LAW DIVISION CASES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Flr.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section
Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office, Attn:
Judicial Intake
1st Flr., Court Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-0188

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl, Hall of Records
101 S. Fifth Street
Camden, NJ 08103-4001
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main St., Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(609) 692-6207
LEGAL SERVICES
(609) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King Jr.
Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(201) 622-6207
LEGAL SERVICES
(201) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(609) 848-4589
LEGAL SERVICES
(609) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior
Court, Superior Court Civil
Records Dept.
Brennan Court House, 1st Fl.
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 798-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior
Court, Administration Building
3rd Flr., 1 Kennedy Square
P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(908) 828-0053
LEGAL SERVICES
(908) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park, P.O. Box
1262, Court House, West Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(908) 431-5544
LEGAL SERVICES
(908) 866-0200

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division - Hall of Records
P.O. Box 910
Morristown, NJ 07930-0910
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior
Court, Court House Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(908) 240-3666
LEGAL SERVICES
(908) 341-2727)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior
Court, Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(201) 278-9223

LEGAL SERVICES
(201) 345-7171)

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(609) 678-8363
LEGAL SERVICES
(609) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(201) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(201) 267-5882
LEGAL SERVICES
(908) 475-2010