**Exhibit C**

# MARCW
## ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

MCCUSKER • ANSELMI
ROSEN • CARVELLI • WALSH

127 Main Street, Chatham, NJ 07928
Tel: 973.635.6300 • Fax: 973.635.6363
www.marcw.com

**Andrew E. Anselmi**
*Director*
Direct: 973.457.0116
Email: aanselmi@marcw.com

156 West 56th Street
New York, NY 10019
212.308.0070
Fax: 212.386.7280

98 East Water Street
Toms River, NJ 08753
732.914.9114
Fax: 732.914.8024

August 31, 2006

**Via Federal Express**

Kathleen C. Leicht, Esq.
Akin Gump
590 Madison Avenue
New York, New York 10022

Re: **Fairfax Financial Holdings Limited, et al v.
S.A.C. Capital Management, LLC, et al.**

Dear Ms. Leicht:

We are local counsel to Shulte, Roth & Zabel, LLP in the above-captioned matter, representing Lone Pine Capital, LLC Lone Pine Members LLC, and Lone Pine Associates, LLC. Enclosed please find an executed Consent to Removal.

If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Andrew E. Anselmi

AEA/cmm
Enclosure
cc: Yocheved Cohen, Esq.
    Howard O. Godnick, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, and CRUM & FORSTER HOLDINGS CORP., <br><br> Plaintiffs, <br><br> - against - <br><br> S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. HEALTHCO FUNDS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, STEVEN A. COHEN, EXIS CAPITAL MANAGEMENT, INC., EXIS CAPITAL, LLC, EXIS DIFFERENTIAL PARTNERS, L.P., EXIS INTEGRATED PARTNERS, L.P., ADAM D. SENDER, SPYRO CONTOGOURIS, MAX BERNSTEIN, ANDREW HELLER, LONE PINE CAPITAL, LLC, LONE PINE MEMBERS, LLC, LONE PINE ASSOCIATES, LLC, ROCKER PARTNERS, L.P., COPPER RIVER PARTNERS, L.P., DAVID ROCKER, THIRD POINT LLC, DANIEL S. LOEB, JEFFREY PERRY, TRINITY CAPITAL OF JACKSONVILLE, INC., TRINITY FUND, LTD., MORGAN KEEGAN & COMPANY, INC., JOHN D. GWYNN, CHRISTOPHER BRETT LAWLESS, and DOES 1 THROUGH 50, <br><br> Defendants. | Civ. Action No. _____ <br><br> **CONSENT TO REMOVAL** |

      Defendants, Lone Pine Capital LLC, Lone Pine Members LLC, and Lone Pine Associates LLC (collectively, "the Lone Pine Defendants"), by and through undersigned counsel, hereby consent to the removal of the above action to the United States District Court for the District of New Jersey.

By submitting the foregoing, the Lone Pine Defendants do not waive any of their defenses to this action, including but not limited to defenses related to service of process, jurisdiction, and venue.

Dated: August 31, 2006

                                        Respectfully submitted,

                                        MCCUSKER, ANSELMI, ROSEN,
                                        CARVELLI & WALSH, P.C.

                                        By: _____
                                        Andrew E. Anselmi,
                                        127 Main Street
                                        Chatham, NJ 07928
                                        Telephone: (973) 457-0116
                                        Fax: (973) 635-6363

                                        SCHULTE ROTH & ZABEL LLP

                                        Howard O. Godnick
                                        Yocheved Cohen

                                        919 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 756-2000
                                        Fax: (212) 593-5955

                                        *Attorneys for Defendants Lone Pine Capital*
                                        *LLC, Lone Pine Members LLC, and Lone*
                                        *Pine Associates LLC*