Michael S. Stein, Esq.
Sean Mack, Esq.
PASHMAN STEIN, P.C.
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Stephen M. Pesner, Esq.
David Zensky, Esq.
Joseph L. Sorkin, Esq.
Joseph O. Boryshansky, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
(212) 872-1000

*Attorneys for Defendants Exis Capital Management, Inc., Exis Capital, LLC, Exis Differential Partners, L.P., Exis Integrated Partners, L.P., Adam D. Sender, and Andrew Heller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, *et ano.*,<br><br>            Plaintiffs,<br><br>        - against -<br><br>S.A.C. CAPITAL MANAGEMENT, LLC, *et al.*,<br><br>            Defendants. | Civ. Action No. 06-4197 (DMC-MF)<br><br>**AFFIRMATION OF SEAN MACK IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |

I, Sean Mack, hereby affirm under penalty of perjury the following:

1.        I am an attorney admitted to practice law in the State of New Jersey and before

the bar of this Court.  I am employed by the law firm of Pashman Stein, P.C., counsel for

defendants Exis Capital Management, Inc., Exis Capital, LLC, Exis Differential Partners, L.P., Exis Integrated Partners, L.P., Adam D. Sender, and Andrew Heller.

2.      I submit this affirmation in support of Defendants' opposition to the motion filed by plaintiffs Fairfax Financial Holdings Limited ("Fairfax") and Crum & Forster Holdings Corporation seeking to remand this action to state court.

3.      A true and correct copy of Fairfax's 2005 restated Annual Report (available at http://www.fairfax.ca/Assets/Downloads/AR2005rs.pdf) is attached hereto as Exhibit A.

4.      A true and correct copy of Fairfax's interim financial report for the nine-months period ending September 30, 2006 (available at http://www.fairfax.ca/Assets/Downloads/2006Q3.pdf) is attached hereto as Exhibit B.

5.      A true and correct copy of the written testimony of Owen A. Lamont, Professor of Finance at the Yale School of Management, that was submitted to the United States Senate Judiciary Committee on June 28, 2006 (available at http://judiciary.senate.gov/testimony.cfm?id=1972&wit_id=5489) is attached hereto as Exhibit C.

6.      A true and correct copy of a *New York Times* article by Joe Nocera entitled *Selling Short The Virtues of Short Sellers*, published on February 25, 2006, is attached hereto as Exhibit D.

7.      A true and correct copy of the transcript of proceedings, *Roundtable on The Regulation SHO Pilot*, held by the U.S. Securities and Exchange Commission ("SEC") on September 15, 2006, is attached hereto as Exhibit E.

8.      A true and correct copy of a press release issued by Fairfax on July 27, 2006 (available at http://www.fairfax.ca/Assets/Downloads/Press/fpr2006-07-27.pdf) is attached hereto as Exhibit F.

9.      A true and correct copy of Odyssey Re Holding Corporation's Form 8-K filed with the SEC on July 27, 2006 is attached hereto as Exhibit G.

10.      A true and correct copy of a *New York Post* article by Roddy Boyd entitled *FBI's Secret Source*, published on September 29, 2006, is attached hereto as Exhibit H.

11.      A true and correct copy of Table S-23 to the *2005 Annual Report of the Administrative Office of the United States Courts* (available at http://www.uscourts.gov/judbus2005/tables/s23.pdf) is attached hereto as Exhibit I.

12.      A true and correct copy of Table C-2A to the *2005 Annual Report of the Administrative Office of the United States Courts* (available at http://www.uscourts.gov/judbus2005/appendices/c2a.pdf) is attached hereto as Exhibit J.

Dated: Hackensack, New Jersey
        November 13, 2006


          ____/s/ Sean Mack_____
                    SEAN MACK

3