NOT FOR PUBLICATION **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FAIRFAX FINANCIAL HOLDINGS LIMITED, *et ano*., <br><br> Plaintiffs, <br><br> v. <br><br> S.A.C. CAPITAL MANAGEMENT, LLC, *et al*., <br><br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 06-cv-4197 (DMC) |

  This matter coming before the Court upon motion by Plaintiffs Fairfax Financial Holdings Limited and Crum & Forster Holdings Corp. pursuant to 28 U.S.C. § 1447(c) to remand this action to the Superior Court of New Jersey, Law Division, Morris County and for an award of costs and expenses, including attorneys fees; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

  IT IS on this  15  day of May, 2007;

  **ORDERED** that Plaintiffs' motion to remand is **granted**; and it is further

  **ORDERED** that Plaintiffs' motion for costs and expenses is **denied**.

                S/ Dennis M. Cavanaugh
                Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk's Office
cc:    All Counsel of Record
     The Honorable Mark Falk, U.S.M.J.
     File