| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

OFFICE OF THE CLERK
SUPERIOR COURT OF NEW JERSEY
MORRIS COUNTY
WASHINGTON & COURT STS.
MORRISTOWN, NJ 07963

REPLY TO: Newark
Date: 5/16/07

Re: FAIRFAX FINANCIAL, ETAL V S.A.C. CAPITAL, ETAL
Your No.  L-2032-06
U.S. District Court No. 06-4197

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheet.

Kindly acknowledge receipt on copy of this letter.

Very truly yours,

William T. Walsh, Clerk

by: *Jane DelleMonache*
Jane DelleMonache

Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199__